## BAKER *v.* KNOX & McCALL.

FISH, J. The motion for a continuance, being entirely without merit, was properly overruled; the charge complained of was a correct statement of the law, and not of itself erroneous merely because the court may have failed to give to the jury another pertinent instruction; the evidence warranted the jury in finding that the defendant, though a minor at the time of executing the note sued on, was, with his father's permission, engaging in business as an adult, that the note was given in pursuance of a contract connected with that business, and that the defendant ratified the same after attaining his majority. The motion for a new trial was properly overruled.

*Judgment affirmed. All the Justices concurring, except Little, J., absent.*

Submitted October 5, — Decided October 30, 1900.

Complaint. Before F. W. Copeland, judge pro hac vice. Walker superior court. February term, 1900.

*Lumpkin & Shattuck,* for plaintiff in error.

---

## BELLINGER *v.* THOMPSON *et al.*

LEWIS, J. This being an action upon an open account against several defendants for alleged services to them and expenses incurred in their behalf, and the evidence introduced for the plaintiff being such that the case ought to have been submitted to a jury in order that they might pass upon and determine the questions of liability and amount involved, it was erroneous to grant a nonsuit.

*Judgment reversed. All the Justices concurring, except Little, J., absent.*

Submitted October 6, — Decided October 30, 1900.

Complaint. Before Judge Janes. Haralson superior court. January term, 1900.

*C. P. Gordon* and *Adamson & Jackson,* for plaintiff.